FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

**ECF No. 1**

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALONZO MAURICE CURRY (a/k/a Alonzo Maurice Curry Jr.), <br><br> Defendant. | 2:25-CR-142-TOR <br><br> INDICTMENT <br><br> Vio.:  18 U.S.C. §§ 922(g)(1), 924(a)(8) <br> Felon in Possession of Ammunition and Firearm <br><br> 18 U.S.C. § 924(d)(1), <br> 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

On or about August 23, 2024, in the Eastern District of Washington, the Defendant, ALONZO MAURICE CURRY (a/k/a Alonzo Maurice Curry Jr.) knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition and a firearm, to wit: at least one round of .223 Remington caliber ammunition bearing headstamp "PMC 223 REM" and an AR-style .223 Remington caliber pistol, with no identifiable markings on the upper or lower receiver and bearing no identifiable serial number, which ammunition and

INDICTMENT – 1

firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), the Defendant, ALONZO MAURICE CURRY (a/k/a Alonzo Maurice Curry Jr.), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- 30 rounds of .223 Remington caliber ammunition bearing headstamp "PMC 223 REM"; and,

- an AR-style .223 Remington caliber pistol, with no identifiable markings on the upper or lower receiver and bearing no identifiable serial number

DATED this __17__ day of September 2025.

A TRUE BILL

_____

_____
S. Peter Serrano
United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 2